IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ZEROCLICK, LLC**<br><br>　　　**Plaintiff,**<br><br>v.<br><br>**LG ELECTRONICS, INC.** and<br>**LG ELECTRONICS MOBILECOMM U.S.A., INC.**<br><br>　　　**Defendants.** | Case No. 6:19-cv-00571-ADA<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND AND WAIVER OF SERVICE**

COMES NOW Plaintiff Zeroclick LLC ("Plaintiff") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond and Waiver of Service and shows the Court as follows:

Plaintiff filed its Complaint against Defendants LG Electronics, Inc. and LG Electronics Mobilecomm U.S.A., Inc. (collectively, "Defendants") on October 04, 2019. LG Electronics Mobilecomm U.S.A., Inc. was served on October 22, 2019. The parties have met and conferred and respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to the Complaint up to and including February 10, 2020. In exchange for this extension, LG Electronics, Inc has agreed to waive formal service of the Complaint (under the Hague Convention). The parties thus agree that Defendants in this matter will have until February 10, 2020 to answer or otherwise respond to the operative Complaint.

Dated: November 6, 2019　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Brian D. Ledahl*

1

RUSS AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Brian D. Ledahl (CA SBN 286579)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
Email: mfenster@raklaw.com
Email: bledahl@raklaw.com

ATTORNEYS FOR PLAINTIFF
ZEROCLICK, LLC